[No. 73219-6-I. Division One. January 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JUSTIN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01546-8, Linda C. Krese, J., entered March 5, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 73528-4-I. Division One. January 9, 2017.]

HOLDEN-MCDANIEL PARTNERS, LLC, *Appellant*, v. THE CITY OF ARLINGTON ET AL., *Respondents*, HOMESTREET BANK ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-02031-1, George F.B. Appel, J., entered May 11, 2015. *Reversed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 73696-5-I. Division One. January 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TED J. GRIMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03246-1, Sean Patrick O'Donnell, J., entered June 15, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 73723-6-I. Division One. January 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN JORDAN MINNIEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02174-3, Thomas J. Wynne, J., entered June 10, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.